AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WERLEIN, JR., EWING | USDC/SO. DIST. TEXAS | 07/02/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 1/1/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

515 RUSK AVENUE, ROOM 11521
HOUSTON, TX 77002-2605

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director (and until 02/01/17, Chairperson of The Methodist Hospital Board) | The Methodist Hospital, Houston, Texas (d/b/a Houston Methodist Hospital) |
| 2. | Until 02/01/17, as Chairperson of TMH Board, director ex officio w/vote | Medvest Holdings, Inc.; Methodist Health Centers; Methodist International; (cont'd in Note (1) in Part VIII) |
| 3. | Until 02/01/17, as Chairman of TMH Board, director ex officio w/o vote: | Diagnostic Center Hospital Corp. of Texas; Medvest Inc. (cont'd in Note (2) in Part VIII) |
| 4. | Trustee | Trust No. 2 |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Methodist Hospital | Tickets to Astros ALCS | $650.00 |
| 2. | The Methodist Hospital | Tickets to Astros World Series | $1,852.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Halliburton com. | B | Dividend | L | T | | | | | |
| 2. Halliburton com. | A | Dividend | K | T | | | | | |
| 3. BP PLC, ADR | C | Dividend | K | T | | | | | |
| 4. Exxon Mobil com. | D | Dividend | N | T | | | | | |
| 5. Anadarko Petroleum Corp. com. | A | Dividend | K | T | | | | | |
| 6. Wal-Mart Stores com. | A | Dividend | K | T | | | | | |
| 7. Exxon-Mobil com. | B | Dividend | L | T | | | | | |
| 8. Johnson & Johnson, com. | D | Dividend | N | T | | | | | |
| 9. Conoco Phillips, com. | B | Dividend | M | T | | | | | |
| 10. Texas Capital Bankshares, com. | | None | N | T | | | | | |
| 11. HCP Inc., com. | A | Dividend | J | T | | | | | |
| 12. CNL Lifestyle Props Inc. units | D | Distribution | | | Distributed | 12/20/17 | J | | |
| 13. Hines REIT, units | A | Distribution | J | V | Distributed (part) | 04/18/17 | J | | See note (3) in Part VIII |
| 14. AT&T, com. | C | Dividend | L | T | | | | | |
| 15. Bristol-Myers Squibb, com. | A | Dividend | K | T | | | | | |
| 16. Berkshire Hathaway CL B com. | | None | L | T | | | | | |
| 17. Cisco Systems, com. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Comcast Corp. Class A | A | Dividend | K | T | | | | | |
| 19. HP, Inc. com | A | Dividend | J | T | | | | | |
| 20. Hewlett Packard Enterprise Co., com. | A | Dividend | J | T | | | | | |
| 21. Intel Corp., com. | B | Dividend | L | T | | | | | |
| 22. IBM, com. | B | Dividend | K | T | | | | | |
| 23. JP Morgan Chase, com. | A | Dividend | K | T | | | | | |
| 24. Pepsico, Inc., com. | B | Dividend | K | T | | | | | |
| 25. Target Corp., com. | B | Dividend | L | T | | | | | |
| 26. Sector SPDR Financial, com. | A | Dividend | L | T | | | | | |
| 27. Phillips 66, com. | B | Dividend | L | T | | | | | |
| 28. Enterprise Prdts Prtn., LP | B | Dividend | K | T | | | | | |
| 29. Kinder Morgan, com. | A | Dividend | K | T | | | | | |
| 30. Consumer Discretionary SPDR, com. | A | Dividend | K | T | | | | | |
| 31. EPR Properties, com. | A | Dividend | J | T | Spinoff (from line 12) | 04/06/17 | J | | |
| 32. Bank of America, com. | A | Dividend | K | T | Buy | 12/19/17 | K | | |
| 33. DXC Technology, com. | A | Dividend | | | Spinoff (from line 20) | 04/06/17 | J | | |
| 34. | | | | | Sold | 12/19/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Micro Focus, com. | | None | | | Spinoff (from line 20) | 09/07/17 | J | | |
| 36. | | | | | Sold | 12/19/17 | J | A | |
| 37. MUTUAL FUNDS: (H) | | | | | | | | | |
| 38. Fidelity MM Fund | A | Dividend | J | T | | | | | |
| 39. Fidelity Low Price Stock | G | Dividend | P1 | T | | | | | |
| 40. Fidelity Contrafund | F | Dividend | O | T | | | | | |
| 41. Fidelity Mid-Cap Stock | F | Dividend | O | T | | | | | |
| 42. Loomis Sayles Bond Fund | C | Dividend | K | T | | | | | |
| 43. Oakmark Class 1 Fund | C | Dividend | L | T | | | | | |
| 44. Clipper Fund | C | Dividend | | | Sold | 12/22/17 | K | E | |
| 45. FMI Large Cap Fund | C | Dividend | K | T | | | | | |
| 46. Harbor Capital Appreciation Fund | D | Dividend | K | T | | | | | |
| 47. Oakmark Global Sel Cl 1 Fund | C | Dividend | K | T | | | | | |
| 48. Artisan Intl Val Invs | A | Dividend | K | T | | | | | |
| 49. Fed Kaufmann LGCPI | A | Dividend | K | T | | | | | |
| 50. LPL: Ins'd bank cash dep. sweep | A | Interest | L | T | | | | | |
| 51. Western Asset Core Plus Bond | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Nat'l Mun. Instl. Cl. | A | Dividend | K | T | Buy (add'l) | 09/22/17 | J | | |
| 53. John Hancock Bond Cl. 1 | A | Dividend | | | Sold | 09/21/17 | K | A | |
| 54. JP Morgan Large Cap Growth Sel. | D | Dividend | L | T | | | | | |
| 55. New Perspective Fund 2 | B | Dividend | K | T | | | | | |
| 56. Nuveen All American Mun. Bd. Cl 1 | B | Dividend | K | T | Buy (add'l) | 03/23/17 | K | | |
| 57. Invesco High Yield Mun. Cl. Y | A | Dividend | K | T | Buy | 09/21/17 | K | | |
| 58. BONDS and U.S. TREASURY NOTES: (H) | | | | | | | | | |
| 59. Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | K | T | | | | | |
| 60. ACCOUNTS IN FINANCIAL INST: (H) | | | | | | | | | |
| 61. Northern Trust Bank, Houston,TX (Accounts) | A | Interest | | | Closed | 06/29/17 | M | | |
| 62. Bank of America, Houston, TX (Accounts) | A | Interest | N | T | | | | | |
| 63. Comerica Bank, Houston, TX (Accounts) | A | Interest | M | T | | | | | |
| 64. ML Bank Deposit Program | A | Interest | J | T | | | | | |
| 65. Allegiance Bank, Houston (Accounts) | B | Interest | M | T | | | | | |
| 66. ZB Nat'l Assoc. Amegy (X) | A | Interest | K | T | Open | 12/27/16 | J | | See Note (4) in Part VIII |
| 67. Allegiance Bank, Houston (Accounts) | B | Interest | M | T | Open | 07/06/17 | M | | |
| 68. REAL ESTATE: (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Condo-Larimer County, CO | E | Rent | N | W | | | | | |
| 70. Working Interest-Cabot U., Andrews County, TX | B | Royalty | J | W | | | | | |
| 71. Mineral Interest, Wheeler County, TX | A | Royalty | J | W | | | | | |
| 72. Mineral Interests, Martin and Dawson Counties, TX | D | Royalty | K | W | | | | | |
| 73. Mineral Interest, Glasscock County, TX (Laredo Pet) | C | Royalty | J | W | | | | | |
| 74. Fractional int. in real property, Kerr County, TX | A | Rent | N | W | | | | | |
| 75. Mineral Interests, Howard County, TX | C | Royalty | K | W | | | | | |
| 76. Mineral Interest, Howard County, TX | D | Rent | K | W | | | | | |
| 77. RETIREMENT & IRA ACCOUNTS: (H) | | | | | | | | | |
| 78. IRA Acct: John Hancock Ind. Ret.Annuity | | None | K | V | Distributed (part) | 12/31/17 | J | A | See Note (5) in Part VIII |
| 79. IRA ROLLOVER ACCOUNT: (H) | | | | | | | | | |
| 80. --Pfizer Inc., com. | C | Dividend | L | T | | | | | |
| 81. --Citibank FDIC Ins. Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 82. --Comcast Corp. New Cl. A | A | Dividend | | | Sold | 10/17/17 | M | G | |
| 83. --Berkshire Hathaway CL B | | None | M | T | | | | | |
| 84. --Home Depot, com. | D | Dividend | N | T | | | | | |
| 85. --Microsoft, com. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --Stryker Corp., com. | B | Dividend | M | T | | | | | |
| 87.  --Thermo Fish. Sc., com. | A | Dividend | L | T | | | | | |
| 88.  --Fidelity Low Priced Stock | F | Dividend | O | T | | | | | |
| 89.  --Fidelity Small Cap Disc. Fund | F | Dividend | N | T | | | | | |
| 90.  --AMG Yacktman Fund | | None | | | Sold | 05/31/17 | O | G | |
| 91.  --Fidelity OTC Port | E | Dividend | O | T | | | | | |
| 92.  --Fidelity 500 Index | D | Dividend | O | T | Buy | 05/31/17 | N | | |
| 93.  --Fidelity Select Medical Equip & System | C | Dividend | L | T | Buy | 05/31/17 | K | | |
| 94.  --Fidelity Select Software & IT | C | Dividend | L | T | Buy | 05/31/17 | K | | |
| 95.  --BNY Mellon FDIC Ins. Bank Deposit Sweep | A | Interest | J | T | Open | 05/31/17 | M | | |
| 96.  IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 97.  CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: (H) | | | | | | | | | |
| 98.  --Caterpillar Financial due 3/1/18 | B | Interest | L | T | | | | | |
| 99.  --Coca Cola Notes due 4/1/18 | B | Interest | L | T | | | | | |
| 100.  --Apple Inc. Notes due 5/3/18 | A | Interest | L | T | | | | | |
| 101.  --Berkshire Hathaway Notes due 5/15/18 | B | Interest | L | T | | | | | |
| 102.  --Amgen Notes due 5/22/17 | A | Interest | | | Redeemed | 05/22/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Goldman Sachs Notes due 10/23/19 | C | Interest | M | T | | | | | |
| 104. --Morgan Stanley Notes due 07/23/19 | B | Interest | M | T | | | | | |
| 105. --Wells Fargo Notes due 09/08/17 | A | Interest | | | Redeemed | 09/08/17 | L | | |
| 106. --Fedl Home Loan Mgt Note due 09/28/17 | A | Interest | | | Redeemed | 09/28/17 | L | | |
| 107. --AT&T Bonds due 06/30/20 | B | Interest | L | T | | | | | |
| 108. --JP Morgan Chase Notes due 10/29/20 | B | Interest | M | T | Buy | 06/29/17 | M | | |
| 109. --Pepsico Notes due 10/06/21 | A | Interest | L | T | Buy | 10/02/17 | L | | |
| 110. --Wells Fargo Notes due 07/26/21 | A | Interest | L | T | Buy | 09/12/17 | L | | |
| 111. EQUITIES IN IRA ROLLOVER ACCT #2: (H) | | | | | | | | | |
| 112. --American Express, com. | A | Dividend | K | T | | | | | |
| 113. --ChevronTexaco, com. | C | Dividend | M | T | | | | | |
| 114. --KO, com. | C | Dividend | L | T | | | | | |
| 115. --Exxon Mobil, com. | D | Dividend | M | T | | | | | |
| 116. --GE, com. | B | Dividend | | | Sold | 10/20/17 | K | | |
| 117. --J.P. Morgan Chase, com. | B | Dividend | L | T | | | | | |
| 118. --JNJ, com. | B | Dividend | L | T | | | | | |
| 119. --Merck, com. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --PEP, com. | B | Dividend | K | T | | | | | |
| 121.  --Walgreen, com. | A | Dividend | K | T | | | | | |
| 122.  --S&P Global, com. | A | Dividend | K | T | | | | | |
| 123.  --Altria Group, com. | D | Dividend | M | T | | | | | |
| 124.  --Automatic Data Proc., com. | A | Dividend | K | T | | | | | |
| 125.  --Occidental Pete Corp. Cal., com. | B | Dividend | K | T | | | | | |
| 126.  --Praxair Inc., com. | A | Dividend | K | T | | | | | |
| 127.  --Procter & Gamble., com. | B | Dividend | K | T | | | | | |
| 128.  --Target Corp., com. | A | Dividend | | | Sold | 05/17/17 | K | C | |
| 129.  --United Technologies Corp., com. | A | Dividend | K | T | | | | | |
| 130.  --Texas Instruments, com. | B | Dividend | L | T | | | | | |
| 131.  --Abbott Labs, com. | A | Dividend | K | T | | | | | |
| 132.  --McDonalds, com. | B | Dividend | L | T | | | | | |
| 133.  --Philip Morris Intl, com. | D | Dividend | M | T | | | | | |
| 134.  --Total SA., com. | A | Dividend | K | T | | | | | |
| 135.  --Nestle Sponsored ADR, com. | A | Dividend | K | T | | | | | |
| 136.  --Roche Holdings Ltd. Spon. ADR, com. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Walt Disney Co., com. | A | Dividend | K | T | | | | | |
| 138. --Air Products & Chems., com. | A | Dividend | K | T | | | | | |
| 139. --Black Rock, com. | B | Dividend | L | T | | | | | |
| 140. --Novo Nordisk AS ADR, com. | A | Dividend | L | T | | | | | |
| 141. --Kinder Morgan, com. | A | Dividend | J | T | | | | | |
| 142. --Abbvie Inc., com. | B | Dividend | L | T | | | | | |
| 143. --Canadian Pac Ry Ltd., com. | A | Dividend | J | T | | | | | |
| 144. --State Street Corp., com. | A | Dividend | J | T | | | | | |
| 145. --Novartis AG Spon. ADR, com. | A | Dividend | K | T | | | | | |
| 146. --Celgene, com. | | None | | | Sold | 10/20/17 | J | B | |
| 147. --Diageo PLC Spon. ADR New, com. | A | Dividend | J | T | | | | | |
| 148. --Chubb Ltd., com | A | Dividend | K | T | | | | | |
| 149. --Intercontinental Exchange Group, com. | A | Dividend | K | T | | | | | |
| 150. --VISA, com. | A | Dividend | K | T | | | | | |
| 151. --Constellation Brands, com. | A | Dividend | K | T | | | | | |
| 152. --Intuitive Surgical, com. | | None | K | T | | | | | |
| 153. --Microsoft, com. | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Versum Matls, com. | A | Dividend | | | Sold | 05/17/17 | J | B | |
| 155. --Union Pac., com. | A | Dividend | K | T | Buy | 05/17/17 | K | | |
| 156. CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 157. --Raymond James Ins'd Bank Dep Program | A | Interest | L | T | | | | | |
| 158. IRA ROLLOVER NO. 3: (H) | | | | | | | | | |
| 159. --Bank of America NA ins. cash account | A | Interest | K | T | | | | | |
| 160. --Lord Abbett Short Fund | E | Dividend | O | T | | | | | |
| 161. --IShares Barclays TIPS BO | C | Dividend | M | T | | | | | |
| 162. --Oppenheimer Senior Floating Rate | C | Dividend | L | T | | | | | |
| 163. --AT&T Inc GLB bonds due 3/11/19 | B | Interest | L | T | | | | | |
| 164. --Bear-Stearns GLB bonds due 2/1/18 | C | Interest | K | T | | | | | |
| 165. --BNP Paribas Ser. Mtn. bonds due 12/12/18 | B | Interest | L | T | | | | | |
| 166. --ConocoPhillips bonds due 2/1/19 | B | Interest | | | Redeemed (part) | 06/21/17 | K | | |
| 167. | | | | | Redeemed | 08/01/17 | K | | |
| 168. --Goldman Sachs Group Inc. bonds due 2/15/19 | C | Interest | L | T | | | | | |
| 169. --Hewlett Packard GLB bonds due 1/14/19 | B | Interest | L | T | | | | | |
| 170. --JPMorgan Chase & Co. bonds due 1/28/19 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Travelers Cos. Sr. Notes due 5/15/18 | C | Interest | L | T | | | | | |
| 172. --USD Bank Nova Scotia bonds due 10/30/18 | B | Interest | L | T | | | | | |
| 173. --AT&T Inc., com. | D | Dividend | M | T | | | | | |
| 174. TRUST NO. 2: (H) | | | | | | | | | |
| 175. --Fidelity MM | A | Dividend | M | T | | | | | |
| 176. --Fidelity Low Price Stock | E | Dividend | N | T | | | | | |
| 177. --AMG Yacktman Fund | D | Dividend | M | T | Sold (part) | 09/26/17 | L | E | |
| 178. --Fidelity Small Cap Discovery Fund | E | Dividend | M | T | | | | | |
| 179. --Fidelity OTC Portfolio Fund | D | Dividend | M | T | | | | | |
| 180. --Dr. Pepper Snapple, com. | A | Dividend | | | Sold | 09/27/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/02/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part I POSITIONS, line 2, also the following subsidiaries: The Methodist Hospital Foundation; The Methodist Hospital Research Institute, TMH Health Care Group, and TMH Medical Office Buildings Condominium Association. On and after 02/01/17, when no longer Chairperson of the Board, but as Senior Chair of The Methodist Hospital Board, I was a member with vote of the following subsidiaries only: Methodist Health Centers, The Methodist Hospital Foundation, The Methodist Hospital Research Institute, and TMH Health Care Group.

(2) Part I POSITIONS, line 3, also the following subsidiaries: Methodist Willowbrook Medical Office Bldgs Condominium Association; Methodist Willowbrook Medical Office Bldgs II Condominium Association; SJMH-Alexander Condominium Association; San Jacinto Methodist Hospital; SJMH Condominium Association; The Methodist Hospital Condominium Association; TMH Medical Office Buildings; and Methodist West Houston Medical Office Building Condominium Association; Houston Methodist St. Catherine Medical Office Building Condominium Association; and Houston Methodist The Woodlands Medical Office Building Condominium Association. On and after 02/01/17, when no longer Chairperson of The Methodist Hospital Board, I was no longer a director in any capacity of any of the foregoing named entities on line 3.

(3) Part VII, page 4, line 13: The year-end value of Hines REIT, which is a real estate REIT that is not publicly traded, is derived from the portfolio manager through whom the asset was purchased.

(4) Part VII, page 7, line 66: This bank account was opened late in 2016 (12/27/16) and its opening was inadvertently omitted in my 2016 Financial Disclosure Report.

(5) Part VII, page 8, line 78: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EWING WERLEIN, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544